IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00118-CBS

ANESTHESIA STAFFING CONSULTANTS, INC.,

Plaintiff,

v.

ONE BUSINESS MART, LLC;
ONE BUSINESS SYSTEM, LLC;
ONE BUSINESS SYSTEMS, LLC; and
SHAD GOETSCH,

Defendants.

_____

## ORDER GRANTING MOTION FOR EARLY NEUTRAL EVALUATION

_____

Magistrate Judge Craig B. Shaffer

This matter is before this court pursuant to the Joint Motion for Early Neutral Evaluation (Doc. # 38), dated November 11, 2015.

Having reviewed the matter fully, it is hereby ORDERED that the motion is GRANTED. It is FURTHER ORDERED that the Clerk of Court shall draw this case to a Magistrate Judge for the purposes of conducting an early neutral evaluation. It is FURTHER ORDERED that the discovery cut-off date is extended to January 15, 2016, and the dispositive motion deadline is extended to February 1, 2016.

DATED this 16th day of November, 2015.

BY THE COURT

s/ Craig B. Shaffer
United States Magistrate Judge