IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00118-CBS-KMT | Date:  April 8, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                        *Counsel:*

ANESTHESIA STAFFING CONSULTANTS,        Ryan Williams
INC.,                                                                Dean Dickie

Plaintiff,

v.

ONE BUSINESS MART, LLC, *et al.*,              Christopher Leach

Defendant.

---

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING/TRIAL PREPARATION/FINAL PRETRIAL CONFERENCE**
**Court in session: 08:56 a.m.**
Court calls case.  Appearances of counsel.  Client representative for One Business Mart, LLC, Shad Goetsch, is present with counsel.

This hearing comes before the court in regards to *[58] One Business Mart, LLC's Motion for Partial Summary Judgment*.  Discussion and argument regarding the motion.

**ORDERED:**     For the reasons stated on the record, *[58] One Business Mart, LLC's Motion for Partial Summary Judgment* is **DENIED.**

Discussion regarding proposed final pretrial order.

**ORDERED:**     Parties shall submit proposed jury instructions by **April 27, 2016.**
Parties shall submit proposed voir dire by **April 27, 2016.**
Parties shall submit a final witness and exhibit list that conforms with the court's practice standards and on the correct form, by **April 27, 2016.**
Parties shall submit motions in liminie by **April 27, 2016.**
Responses to motions in liminie are due by **May 11, 2016**

The court addresses counsel regarding its trial practice procedures.  To the extent counsel needs electronic equipment for trial, they shall contact Amanda (303.335.2096) no later than 2

weeks before trial.  Counsel asks the court for an additional day for trial.

**ORDERED:**    The trial will be extended to a 4 day jury trial set to commence on **May 16, 2016 and end on May 19, 2016.**

Final pretrial order is signed.

HEARING CONCLUDED.

**Court in recess: 10:10 a.m.**
Total time in court: 01:14

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.